**UNITED STATES of America,** Plaintiff–Appellee,

v.

**Federico FLORES–ESPINOSA,** Defendant–Appellant.

No. 06–14309.

United States Court of Appeals, Eleventh Circuit.

May 21, 2007.

Latisha Vanese Colvin, Federal Defenders Office, Carlos Alfredo Williams, Fred-

* Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.

erick W. Tiemann, Federal Defender Org., Kristen Gartman Rogers, Federal Public Defender, Mobile, AL, for Defendant–Appellant.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,* District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's order of April 20, 2006, which denied defendant Federico Flores–Espinosa's motion to suppress. Accordingly, we affirm Flores–Espinosa's conviction.

**AFFIRMED.**